People v Hernandez (2025 NY Slip Op 05821)

People v Hernandez

2025 NY Slip Op 05821

Decided on October 22, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 22, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
LINDA CHRISTOPHER
LILLIAN WAN
LOURDES M. VENTURA, JJ.

2022-08407
 (Ind. No. 1973/19)

[*1]The People of the State of New York, respondent,
v
Emerson Hernandez, appellant. Stephen N. Preziosi, New York, NY, for appellant.

Raymond A. Tierney, District Attorney, Riverhead, NY (Jamie H. Greenwood of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Suffolk County (Anthony Senft, J.), rendered April 28, 2022, convicting him of conspiracy in the fourth degree, upon his plea of guilty, and imposing sentence upon his adjudication as a second felony offender.
ORDERED that the appeal is dismissed as academic.
The defendant's contention that he was improperly sentenced as a second felony offender has been rendered academic, since the maximum expiration date of his sentence has passed (see People v Vasquez, 170 AD3d 758, 758-759; People v Vielman, 164 AD3d 623; People v Corbin, 141 AD3d 730).
GENOVESI, J.P., CHRISTOPHER, WAN and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court